■ STATE OF NEW YORK et al., Appellants, v THOMAS OC- CHIOGROSSO et al., Respondents. [639 NYS2d 955]

There are no triable issues of fact on the issue of whether the defendants failed to comply with the administrative order dated January 25, 1991, requiring them to remove a deck that they added to their home and to pay a civil penalty in the amount of $3,000 (*see,* CPLR 3212 [b]). Miller, J. P., Joy, Hart and Krausman, JJ., concur.